CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EESHA GOPALAKRISHNA MULKY, *et al*.,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

Case No. 3:25-cv-08204-TSH

**STIPULATION TO STAY PROCEEDINGS; ORDER**

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until February 2, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this action seeking adjudication of their Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status. United States Citizenship and Immigration Services ("USCIS") has acted on some of Plaintiffs' I-526 petitions. In light of USCIS' action, the parties conferred and agree that judicial economy would best be served by staying the litigation deadlines in this case for a limited time to allow the agency to further process Plaintiffs' petitions and applications. Accordingly, the parties stipulate and request that the proceedings in this case

be stayed until February 2, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: December 2, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: December 2, 2025

*/s/ Kristina David*
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 3, 2025

HON. THOMAS S. HIXSON
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.