CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EESHA GOPALAKRISHNA MULKY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 3:25-cv-08204-TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

The parties submit this joint status report regarding Plaintiffs' Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status. On December 3, 2025, the Court granted the parties' request to stay proceedings until February 2, 2026, to allow time for the agency to further process Plaintiffs' petitions and applications. *See* Dkt. No. 15. United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence on Plaintiff Fangzhou Liu's petition. Plantiff Fangzhuo Liu submitted a response to the RFE on January 15, 2026. The parties conferred and given USCIS has acted on additional Plaintiffs' I-526E petitions and I-485 applications, the parties agree to continue the stay of proceedings to allow the agency to further process the remaining Plaintiffs' petitions that are pending.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

Stipulation to Stay
Case No. 3:25-cv-08204-TSH                    1

April 2, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 2, 2026                                Respectfully submitted,[1]

                                                       CRAIG H. MISSAKIAN
                                                       United States Attorney


                                                       /s/ Molly A. Friend
                                                       MOLLY A. FRIEND
                                                       Assistant United States Attorney
                                                       Attorneys for Defendants


Dated: February 2, 2026

                                                       /s/ Kristina David
                                                       KRISTINA DAVID
                                                       David Strashnoy Law, PC
                                                       Attorney for Plaintiffs


                              [PROPOSED] ORDER

    Pursuant to stipulation, IT IS SO ORDERED.


Date: February 3, 2026

                                                       HON. THOMAS S. HIXSON
                                                       United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.