CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EESHA GOPALAKRISHNA MULKY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | Case No. 3:25-cv-08204-TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** |

The parties submit this joint status report regarding Plaintiffs' Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status. On February 3, 2026, the Court granted the parties' request to stay proceedings until April 2, 2026. *See* Dkt. No. 18. United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence ("RFE") on Plaintiff Bingqing Liu and Plaintiff Fangzhuo Liu's Form I-485, and the response to the RFE is due on June 8, 2026. USCIS is reviewing the applications for Plaintiff Mulky and Plaintiff Li.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 7, 2026, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit

Stipulation to Stay
Case No. 3:25-cv-08204-TSH                     1

the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 31, 2026                          Respectfully submitted,[1]

                                                CRAIG H. MISSAKIAN
                                                United States Attorney


                                                /s/ Molly A. Friend
                                                MOLLY A. FRIEND
                                                Assistant United States Attorney
                                                Attorneys for Defendants


Dated: March 31, 2026
                                                /s/ Kristina David
                                                KRISTINA DAVID
                                                David Strashnoy Law, PC
                                                Attorney for Plaintiffs



                        [PROPOSED] ORDER

    Pursuant to stipulation, IT IS SO ORDERED.


Date: March 31, 2026

                                                HON. THOMAS S. HIXSON
                                                United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:25-cv-08204-TSH                       2